Cite as 2024 Ark. 188

# SUPREME COURT OF ARKANSAS

IN RE RETIREMENT OF
CHIEF JUSTICE JOHN DAN
KEMP

**Opinion Delivered:** December 12, 2024

## PER CURIAM

Upon his retirement from the Supreme Court of Arkansas after eight years of dedicated service as its chief justice, the court recognizes and expresses its appreciation to Chief Justice John Dan Kemp.

Chief Justice Kemp has devoted his life to serving the citizens of Arkansas. After graduating from the University of Arkansas in 1973, he received his law degree from the University of Arkansas School of Law in 1976. Prior to joining the court, he practiced law as a city attorney and served as a municipal judge in both the Mountain View Municipal Court and the Calico Rock City Court. In 1986, he was elected as a circuit judge to the Sixteenth Judicial Circuit and held that position from 1987 to 2016. In that capacity, he served as a drug-court judge from 2003 to 2016.

Following his election in 2016, Chief Justice Kemp assumed the office of Chief Justice of the Supreme Court of Arkansas in January 2017. At that time, Arkansas was one of eleven states to have never written a strategic plan for its judicial branch of government. Under Chief Justice Kemp's leadership, the court adopted Arkansas's first strategic plan, which was implemented to foster judicial independence, enhance technology and security, and improve access to justice for all Arkansans. Known for his calm demeanor and steady judicial temperament, he helped guide the judiciary through the uncertain times of the COVID-19 pandemic. He championed the judiciary's embrace of technology by establishing e-filing in each of the 75 counties in Arkansas, moving computer-information systems to cloud-based computing, and leading the initiative to build a new, more effective case-management system. In 2024, the final year of his term, the Justice Building opened the Arkansas Civics Education Center, which reflects the legal principles—due process, civility in government, and the rule of law—valued by Chief Justice Kemp.

On behalf of the people of the State of Arkansas, we thank Chief Justice Kemp for his many years of public service and for his significant contributions to the Arkansas judiciary. We wish him safe travels as he and his beloved wife, Susan, explore the world and return to their Mountain View home where they often listen to their favorite folk music of the Ozark Mountains. Chief Justice Kemp, we wish you all the best in your well-deserved retirement.

_____
Justice Karen R. Baker

_____
Justice Courtney Rae Hudson

_____
Justice Rhonda K. Wood

_____
Justice Shawn A. Womack

_____
Justice Barbara W. Webb

_____
Justice Cody Hiland

## SUPREME COURT OF ARKANSAS

IN RE RETIREMENT OF
CHIEF JUSTICE JOHN DAN
KEMP

**Opinion Delivered:** December 12, 2024

---

### PER CURIAM

Upon his retirement from the Supreme Court of Arkansas after eight years of dedicated service as its chief justice, the court recognizes and expresses its appreciation to Chief Justice John Dan Kemp.

Chief Justice Kemp has devoted his life to serving the citizens of Arkansas. After graduating from the University of Arkansas in 1973, he received his law degree from the University of Arkansas School of Law in 1976. Prior to joining the court, he practiced law as a city attorney and served as a municipal judge in both the Mountain View Municipal Court and the Calico Rock City Court. In 1986, he was elected as a circuit judge to the Sixteenth Judicial Circuit and held that position from 1987 to 2016. In that capacity, he served as a drug-court judge from 2003 to 2016.

Following his election in 2016, Chief Justice Kemp assumed the office of Chief Justice of the Supreme Court of Arkansas in January 2017. At that time, Arkansas was one of eleven states to have never written a strategic plan for its judicial branch of government. Under Chief Justice Kemp's leadership, the court adopted Arkansas's first strategic plan, which was implemented to foster judicial independence, enhance technology and security, and improve access to justice for all Arkansans. Known for his calm demeanor and steady judicial temperament, he helped guide the judiciary through the uncertain times of the COVID-19 pandemic. He championed the judiciary's embrace of technology by establishing e-filing in each of the 75 counties in Arkansas, moving computer-information systems to cloud-based computing, and leading the initiative to build a new, more effective case-management system. In 2024, the final year of his term, the Justice Building opened the Arkansas Civics Education Center, which reflects the legal principles—due process, civility in government, and the rule of law—valued by Chief Justice Kemp.

On behalf of the people of the State of Arkansas, we thank Chief Justice Kemp for his many years of public service and for his significant contributions to the Arkansas judiciary. We wish him safe travels as he and his beloved wife, Susan, explore the world and return to their Mountain View home where they often listen to their favorite folk music of the Ozark Mountains. Chief Justice Kemp, we wish you all the best in your well-deserved retirement.

Justice Karen R. Baker

Justice Courtney Rae Hudson

Justice Rhonda K. Wood

Justice Shawn A. Womack

Justice Barbara W. Webb

Justice Cody Hiland